IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.

CRIMINAL NO. 12-922-(DRD)

SEALED,
Defendant.

## MOTION TO SEAL INDICTMENT

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through its undersigned attorneys and very respectfully states and prays as follows:

1. The United States of America respectfully requests that the attached indictment be kept secret and sealed until execution of the first arrest. The indictment shall be unsealed upon further request from the government.

WHEREFORE, the United States respectfully requests the instant motion be granted.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 7th day of December, 2012.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

Charles Walsh
Assistant United States Attorney
United States Attorney's Office